IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAVELL MCDONALD<br><br>Defendant. | CR NO: 2:17-cr-10 TLN |

**FILED**

FEB 1 4 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Lavell McDonald
Detained at: Deuel Vocational Institution (Tracy, California)
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
      charging detainee with: 18 U.S.C. § 922(g)(1) – felon in possession of a firearm
  or
  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or
  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Owen Roth
Printed Name & Phone No: Owen Roth – (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Feb. 14, 2017

_____
Honorable Deborah L. Barnes
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | CDCR No. BB6707 | DOB: | 1980 |
| Facility Address: | 23500 Kasson Rd, Tracy, CA | Race: | African-American |
| Facility Phone: | (209) 835-4141 | FBI#: | 654466HB5 |
| Currently | In Custody | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                           (signature)