HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
LAVELL McDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAVELL McDONALD,<br><br>    Defendant. | Case No. 2:17-cr-0010-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: July 13, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Owen Roth, attorney for Plaintiff and Federal Defender Heather Williams through Assistant Federal Defender Mia Crager, attorney for Lavell McDonald request that the status conference, currently scheduled for July 13, 2017, be continued to October 19, 2017 at 9:30 a.m.

The reasons for this continuance is to allow defense counsel additional time to review discovery and continue the investigation. In particular, defense counsel is conducting an investigation into her client's medical history, including by obtaining and reviewing relevant documents, to evaluate how to proceed with the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 19, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation to Continue Status Conference      -1-

| | |
|---|---|
| 1 | based upon continuity of counsel and defense preparation. |
| 2 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 3 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

Respectfully submitted,

Dated: July 11, 2017
HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
LAVELL McDONALD

Dated: July 11, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ Owen Roth
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 19, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 13, 2017 status conference shall be continued until October 19, 2017, at 9:30 a.m.

Dated: July 11, 2017

Troy L. Nunley
United States District Judge