HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
LAVELL McDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAVELL McDONALD, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 2:17-cr-0010-TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 30, 2017 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Owen Roth, attorney for Plaintiff and Federal Defender Heather Williams through Assistant Federal Defender Mia Crager, attorney for Lavell McDonald that the status conference, currently scheduled for November 30, 2017, be continued to January 11, 2018 at 9:30 a.m.

     The reasons for this continuance is to allow defense counsel additional time to review discovery with her client and explain to him his options for how to proceed.

     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 11, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

     Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 28, 2017
HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
LAVELL McDONALD

Dated: November 28, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Owen Roth
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 11, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 30, 2017 status conference shall be continued until January 11, 2018, at 9:30 a.m.

Dated: November 28, 2017

Troy L. Nunley
United States District Judge