MCGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-010 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LAVELL MCDONALD, | DATE: March 15, 2018 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Lavell McDonald, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 15, 2018.

2. By this stipulation, Defendant now moves to continue the status conference until March 22, 2018, at 9:30 a.m., and to exclude time between March 15, 2018, and March 22, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government has represented that the discovery associated with this case includes a series of law-enforcement reports, and audio/visual surveillance recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for Defendant desires additional time to discuss the discovery with her client and to review the plea agreement that the Government has proposed. The parties anticipate that on March 22, either Defendant will enter a change of plea, the parties will set the matter for a trial, or Defense Counsel will raise the issue of status of counsel.

c) Counsel for Defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2018 to March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 13, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: March 13, 2018    /s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
LAVELL MCDONALD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of March, 2018.

_____
Troy L. Nunley
United States District Judge