| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | LAVELL MCDONALD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-010 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) | **AND JUDGMENT & SENTENCING** |
| | ) | |
| LAVELL MCDONALD, | ) | Date: June 7, 2018 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Lavell McDonald, that the sentencing hearing **may be continued to July 12, 2018**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 5/31/18 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 6/14/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/21/18 |

Stipulation and Order to Continue PSR Schedule         -1-

Motion for Correction of the Presentence Report
shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than: 6/28/18

Reply or statement of non-opposition: 7/5/18

Judgment and Sentencing Date: 7/12/18

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 15, 2018 /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LAVELL MCDONALD

Date: May 15, 2018 MCGREGOR W. SCOTT
United States Attorney

/s/ Owen Roth
OWEN ROTH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the draft presentence report due on May 31, 2018, any informal objections due on June 14, 2018, the final Pre-Sentence Report disclosed on June 21, 2018, any formal objections due on June 28, 2018, any replies due on July 5, 2018, and the sentencing hearing reset for July 12, 2018 at 9:30 a.m. before Honorable Troy L. Nunley.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
Troy L. Nunley
United States District Judge