```
 1  HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
 2  JEROME PRICE, SBN # 282400
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, CA 95814
    Telephone: (916) 498-5700
 5  Fax: (916) 498-5710

 6  Attorneys for Defendant
    LAVELL MCDONALD
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-010 TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) ) | **AND JUDGMENT & SENTENCING** |
| LAVELL MCDONALD, | ) ) | Date: July 12, 2018 |
| Defendant. | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
|  | ) |  |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Lavell McDonald, that the sentencing hearing **may be continued to July 19, 2018**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 7/5/18 |
| Motion for Correction of the Presentence Report/ Sentencing Memorandum shall be filed no later than: | 7/12/18 |
| Judgment and Sentencing Date: | 7/19/18 |

Stipulation and Order to Continue PSR Schedule        -1-

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 5, 2018 */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LAVELL MCDONALD

Date: July 5, 2018 MCGREGOR W. SCOTT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the sentencing hearing reset for July 19, 2018 at 9:30 a.m. before Honorable Troy L. Nunley.

IT IS SO ORDERED.

Dated: July 5, 2018

_____
Troy L. Nunley
United States District Judge