McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>LAVELL McDONALD,<br><br>                         Defendant. | CASE NO.  2:17-CR-0010 TLN<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.       Defendant Lavell McDonald filed a motion to vacate and/or for reduction in sentence and compassionate release on September 4, 2020.  Docket No. 49.  Pursuant to local rule, the government's response or opposition is due by September 11, 2020.  Government counsel requests additional time, through and including September 17, 2020, to obtain records and draft the response brief.

2.       Counsel for the defendant does not oppose this request.

///

///

///

///

///

///

STIPULATION AND ORDER                                          1

3.   Accordingly, by this stipulation, the parties now request that:

      a)     The government's opposition or response to defendant's motion, Docket No. 49, be due on September 17, 2020; and

      b)     The defense reply, if any, will be due on September 24, 2020.


IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  September 8, 2020

*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  September 8, 2020         /s/ *John Balazs*
                           JOHN BALAZS
                           Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

a)      The government's opposition or response to defendant's motion, Docket No. 49, is due on September 17, 2020;

b)      The defense reply, if any, will be due on September 24, 2020.


IT IS SO ORDERED.

DATED: September 8, 2020

_____
Troy L. Nunley
United States District Judge