JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
LAVELL McDONALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LAVELL McDONALD,<br><br>          Defendant. | No.  2:17-CR-0010-TLN<br><br>STIPULATION AND ORDER |

Defendant Lavell McDonald, through counsel, and the United States, through counsel, stipulate and request that the Court amend the briefing schedule on defendant's motion to reduce sentence (docket 49) as set forth below:

Defendant's *amended* motion to reduce sentence due:   September 21, 2020

Government's response to motion due:   October 5, 2020

Defendant's reply brief due:   October 9, 2020

The reason for this request is that after the filing of defendant's motion to reduce sentence, Mr. McDonald provided his counsel with additional information that he requests be included in

the initial motion and is sending additional documents for counsel to review.

                                      Respectfully submitted,

Dated: September 11, 2020        /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      LAVELL McDONALD

                                      McGREGOR W. SCOTT
                                      U.S. Attorney

Dated: September 11, 2020

                              By:   /s/ Shelley D. Weger
                                      SHELLEY D. WEGER
                                      Assistant U.S. Attorney

                              **ORDER**

IT IS SO ORDERED.

Dated:  September 14, 2020

                                      Troy L. Nunley
                                      United States District Judge