UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAVELL McDONALD,<br><br>　　　　Defendant. | No.  2:17-CR-00010-TLN<br><br>**SEALING ORDER** |

　　Upon application of Defendant Lavell McDonald, through counsel, and good cause being show as set forth in Defendant's notice of request to seal and request to seal,

　　IT IS HEREBY ORDERED that Exhibit 5 to Defendant's September 4, 2020 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

DATED: October 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge