| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS #294141 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |

Attorney for Defendant
LAVELL MCDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-cr-00010-TLN |
| Plaintiff, | STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER |
| vs. | |
| LAVELL MCDONALD, | Date: June 11, 2024 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alex Cardenas, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Lavell McDonald, that the dispositional hearing scheduled for June 11, 2024, be continued **July 18, 2024, at 9:30 a.m.**

The defense is preparing a release plan emphasizing mental health treatment and, due to recent turnover amongst the Federal Defender's social work team, requires additional time to finalize the treatment and release plan before presenting its recommendations to the Court. Accordingly, the defense counsel requests that the dispositional hearing in this matter be reset for July 18, 2024.

/ / /

/ / /

/ / /

/ / /

The probation officer has confirmed their availability on the new proposed date and has no objection to the requested continuance.

Dated: June 6, 2024                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Public Defender

                                       */s/ Megan T. Hopkins*
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       LAVELL MCDONALD


                                       PHILLIP A. TALBERT
                                       United States Attorney

Dated: June 6, 2024                     */s/ Alex Cardenas*
                                       ALEX CARDENAS
                                       Assistant United States Attorneys
                                       Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the dispositional hearing scheduled for June 13, 2024, at 9:30 a.m. is continued to **July 18, 2024, at 9:30 a.m.**

DATED:  June 6, 2024

_____
Troy L. Nunley
United States District Judge