UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 19, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAVELL MCDONALD<br><br>Defendant. | Case No.  2:17-cr-0010 TLN<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release LAVELLE MCDONALD Case

No.  2:17-cr-0010 TLN  Charges 18 USC § 3606 from custody for the following

reasons:

    x    Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

    X    (Other):Added conditions of supervised release .

Issued at Sacramento, California on March 19, 2026 at 3:00 PM


By:    /s/ Carolyn K. Delaney _____

Chief Magistrate Judge Carolyn K. Delaney