MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
LAVELL MCDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00010-TLN |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| vs. | ) EVIDENTIARY/CONTESTED HEARING; |
| | ) ORDER |
| LAVELL MCDONALD, | ) |
| | ) Date: August 5, 2026 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable Troy L. Nunley |
| | ) |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Lavell McDonald, that the previously-scheduled contested/evidentiary hearing date of July 1, 2026, be continued to **August 5, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide the parties with an opportunity to explore the status of the state charges and development of evidence in that case, to conduct any further investigation in light of new evidentiary developments, and to explore possible resolution of the charges short of proceedings with the hearing.


/ / /

/ / /

Respectfully submitted,

Dated:  June 22, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
LAVELL MCDONALD

Dated: June 22, 2026

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The motion hearing previously set for July 1, 2026, is hereby continued to August 5, 2026, at 9:30 a.m.

Dated: June 22, 2026

Troy L. Nunley
Chief United States District Judge

Stipulation and Order to Continue
Contested Hearing

*United States v. Lavell McDonald*

2