MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
LAVELL MCDONALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVELL MCDONALD,<br><br>Defendant. | Case No. 2:17-cr-00010-TLN<br><br>STIPULATION TO CONTINUE EVIDENTIARY/CONTESTED HEARING; ORDER<br><br>Date: November 10, 2026<br>Time: 9:30 a.m.<br>Judge: Honorable Troy L. Nunley |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Lavell McDonald, that the previously-scheduled contested/evidentiary hearing date of August 5, 2026, be continued to **November 10, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide the parties with an opportunity to continue to monitor the status of the state charges and development of evidence in that case, to conduct any further investigation in light of new evidentiary developments, and to explore possible resolution of the charges short of proceedings with the hearing. The probation officer joins in the request of the parties, and all parties, including probation, are available on November 10, 2026.

/ / /

/ / /

Respectfully submitted,

Dated: July 14, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
LAVELL MCDONALD

Dated: July 14, 2026

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The contested hearing previously set for August 5, 2026, is hereby continued to November 10 2026, at 9:30 a.m.

Dated: July 14, 2026

Troy L. Nunley
Chief United States District Judge